# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF ARKANSAS

IN RE: VIOLA SUE MCLAUGHLIN,   CASE NO.: 2:11-73033-BTB
           Debtor   CHAPTER 7

## AMENDED MOTION FOR TURNOVER OF ASSETS

COMES NOW, R. Ray Fulmer, II, Trustee, and for his Amended Motion for Turnover of Assets states:

1. On or about October 6, 2011, the Debtor, Viola McLaughlin, filed an Amended Schedule C changing her exemptions from federal to state. As a result of this change, the Debtor is now required to turn over the estate's equity in the homestead of approximately $20,000.00 along with $1,985.70 of cash, a 2003 Saturn, a 1997 GMC and a trailer.

WHEREFORE, premises considered, Trustee, R. Ray Fulmer, II, prays that this Court enter its Order directing the Debtor to turn over the assets as set forth above to the Trustee and should the Debtor fail to comply with such Order granting the Trustee the right to seize such assets as are necessary to satisfy the amount held by the Debtor in excess of proper exemptions and to force the sale of the Debtor's home place and for all other relief to which the Trustee may show himself entitled.

Respectfully submitted,

/s/ R. Ray Fulmer, II
R. Ray Fulmer, II, Trustee
P.O. Box 185
Fort Smith, AR 72902-0185
(479) 782-7294

CERTIFICATE OF SERVICE

      I, R. Ray Fulmer, II, the court appointed Trustee herein, do hereby certify that on this 12th day of October, 2011, I electronically filed the above and foregoing pleading with the Clerk of the U.S. Bankruptcy Court, Western District of Arkansas using the CM/ECF System which will send notification of such filing via e-mail to the following: Mr. Keith M. Kannett, Attorney for the Debtor, at Cooklawoffices@yahoo.com , and keithkannett@yahoo.com , to Pat Brown, attorney for Santander Consumer USA, Inc. at pbrown@mikeloyd.com and to the United States Trustee's Office at USTPRegion13.LR.ECF@usdoj.gov, Shari.Sherman@usdoj.gov, Joyce.N.Talley@usdoj.gov ; and Cecilia.A.Boyle@usdoj.gov .

      /s/ R. Ray Fulmer, II
      R. RAY FULMER, II